THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Grover Steven Cater,       
Appellant.
 
 
 

Appeal From Anderson County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-139
Submitted December 23, 2003  Filed 
 February 27, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Druanne D. White, of Anderson, for Respondent.
 
 
 

 PER CURIAM:  Grover Steven Cater 
 was indicted for criminal sexual conduct with a minor in the first degree.  
 He was convicted of the lesser-included offense of assault and battery of a 
 high and aggravated nature.  Cater was sentenced to tens years imprisonment, 
 suspended upon the service of seven years imprisonment and five years probation.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Caters counsel 
 attached a petition to be relieved as counsel.  Cater did not file a pro se 
 response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Caters appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE,
JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.